

# In the
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-23-00035-CV
_____

CARLO MICHAEL MORELLI, III, Appellant

V.

DANIEL J. CATES, Appellee

On Appeal from the 336th District Court
Fannin County, Texas
Trial Court No. PO-23-46104

Before Stevens, C.J., van Cleef and Rambin, JJ.
Memorandum Opinion by Chief Justice Stevens

# MEMORANDUM OPINION

Carlo Michael Morelli, III, filed a timely notice of appeal on April 24, 2023. The reporter's record was filed on April 28, 2023. The clerk's record was filed on June 9, 2023. The original deadline for Morelli's appellate brief was July 10, 2023. When neither a brief nor a motion to extend time for filing same was received by July 26, 2023, this Court advised Morelli by letter that the brief was late. We also extended the deadline for filing the brief to August 10, 2023. We warned Morelli that the failure to file a brief by the August 10, 2023, deadline would subject this appeal to dismissal for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b), (c).

Morelli has not filed his brief in compliance with this Court's deadline; consequently, the appeal is ripe for dismissal for want of prosecution. Pursuant to Rules 38.8 and 42.3 of the Texas Rules of Appellate Procedure, we dismiss this appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b), (c).

Scott E. Stevens
Chief Justice

Date Submitted:     August 24, 2023
Date Decided:       August 25, 2023